Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00137-CV

Sergio **GALINDO**,
Appellant

v.

**HOLT TEXAS, LTD.,** d/b/a Holt Cat,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-09480
Honorable Michael Peden, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialynn Barnard, Justice

Delivered and Filed:   January 14, 2009

DISMISSED

By order dated December 2, 2008, we advised appellant this appeal would be dismissed as moot unless a response showing there is a live controversy between the parties were filed by December 12, 2008. No response has been filed. Accordingly, the appeal is dismissed.

PER CURIAM